IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | No. 4:18CR128<br>Judge Mazzant |
| v. | | |
| JOSE ALBEIRO ARRIGUI JIMENEZ | | |

## FACTUAL BASIS

The defendant, **Jose Albeiro Arrigui Jimenez**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1.     That the defendant, **Jose Albeiro Arrigui Jimenez**, who is changing his plea to guilty, is the same person charged in the Indictment.

2.     That **Jose Albeiro Arrigui Jimenez** and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to manufacture and distribute 450 kilograms or more of a mixture or substance containing a detectable amount Cocaine intending, knowing, and with reasonable cause to believe that the Cocaine will be unlawfully imported into the United States.

3.     That **Jose Albeiro Arrigui Jimenez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4.     That **Jose Albeiro Arrigui Jimenez** knew that the amount involved during the term of the conspiracy involved 450 kilograms or more of a mixture or substance containing a detectable amount of Cocaine. This amount was involved in the conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

Factual Basis
Page 1

J.A.A.J

5.    That **Jose Albeiro Arrigui Jimenez** acted as a leader/organizer of the conspiracy noted in the Indictment.

6.    That **Jose Albeiro Arrigui Jimenez** was in possession of a firearm during the commission of the conspiracy.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

7.    I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 11/06/24

_____
JOSE ALBEIRO ARRIGUI JIMENEZ
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

8.    I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 11/06/24

_____
OSCAR ARROYAVE
Attorney for the Defendant